United States Courts
Southern District of Texas
FILED

MAY 23 2023

Nathan Ochsner, Clerk of Court

THE WB RIDGEWOOD MANOR ESTATE
William Tyrone Willis, TTEE not Individually
℅ 2300 Ridgewood Manor Court
Manvel. Texas. [near 77578]
Without the United States (28 U.S.C. 1746)

district court of the United States (exchequer side)
[28 U.S.C. § 124, 610].
*via passagio*
**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION
IN ADMIRALTY, IN REM**

| | |
|---|---|
| William Tyrone Willis, Trustee not Individually for THE WB RIDGEWOOD MANOR ESTATE.<br>Claimant in Interpleader,<br><br>v.<br><br>GUILD MORTGAGE COMPANY, LLC; MCCARTHY & HOLTHUS, LP<br>Defendants, | district court CASE NO.: **3:23-cv-00135**<br><br>**OBJECTION TO MAGISTRATE PURSUANT TO 28 U.S.C. § 636(c)(2) AND FRCP 73** |

COMES NOW Interpleader, THE WB RIDGEWOOD MANOR ESTATE, a revocable living trust ("Trust"), as Attorney-In-Fact for William Tyrone Willis, appearing In Propria Persona not Individually, and notifies this Court of the acknowledgment of the availability of a United States Magistrate but respectfully declines and withholds voluntary consent thereto as specifically set forth in Title 28, Section 636(c)(2) and FRCP 73.

Additionally, Interpleader informs this Court that this action in Interpleader complies with the express intent of an act of Congress set forth at 28 U.S.C. § 1335 and the Rules of Court under FRCP 22. Interpleader denies any and all presumptions of a guardian/ward relationship or legal incompetence and that any registration by any court agents or employees as representative payees or fiduciaries creates a conflict of interest making all activities invalid. No deposits of

1

registry funds, purchase or transfer of public debt securities on behalf of a presumed incompetent adult under 31 CFR 363.27 are authorized by William Tyrone Willis, the grantor of the named revocable living trust.

Respectfully Submitted,

May 22, 2023

THE WB RIDGEWOOD MANOR ESTATE, a revocable living trust,
Interpleader

By _____
William Tyrone Willis, *Trustee not Individually.*

PROOF OF SERVICE

2

OBJECTION TO MAGISTRATE PURSUANT TO 28 U.S.C. § 636(c)(2) AND FRCP 73