United States District Court
Southern District of Texas
**ENTERED**
May 26, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| WILLIAM TYRONE WILLIS, § <br> *Trustee not Individually for The WB* § <br> *Ridgewood Manor Estate*, § <br> § <br> V. § <br> § <br> § <br> GUILD MORTGAGE COMPANY, § <br> LLC, *et al.* § | CIVIL ACTION NO. 3:23-cv-00135 |

**ORDER OVERRULING OBJECTIONS TO
ORDER REFERRING CASE TO MAGISTRATE JUDGE**

On May 17, 2023, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 5 ("the Reference"). On May 23, 2023, Interpleader objected to the Reference. *See* Dkt. 6. Specifically, Interpleader "respectfully declines and withholds voluntary consent thereto as specifically set forth in [28 U.S.C. § 636(c)(2)] and [Federal Rule of Civil Procedure] 73." *Id.* at 1. The statute and rule that Interpleader cite govern cases in which parties have consented to a Magistrate Judge "conducting[ing] any or all proceedings in a jury or nonjury civil matter and order[ing] the entry of judgment in the case." 28 U.S.C. § 636(c)(1). Those provisions do not apply here. In this case, parties are free to object to any order or recommendation made by Judge Edison. *See id.* § 636(b)(1)(A)–(B). "A party to litigation has no power to interfere with a district judge's statutory authority to delegate various responsibilities to magistrates as long as the delegation is within the confines of the Federal Magistrates Act." *Contreras v. Davis*, No. 1:19-cv-01523, 2022 WL

1555363, at *2 (E.D. Cal. May 17, 2022). *See also Griffin v. Philips*, No. 4:22-cv-268, 2023 WL 129416, at *1 (S.D. Ga. Jan. 9, 2023) ("[T]he rights of litigants to object to actions taken by a magistrate judge, and their right to a de novo review of those decisions in some instances, is . . . established by statute. The distribution of judicial responsibilities, subject to those statutory limitations, is not within a plaintiff's purview to dispute." (citation omitted)). "The statutory provisions governing review of magistrate judge decisions fully protects litigants' rights and no court has ever suggested that the operation of those provisions violates the Constitution or any other provision of law." *Id.*

Interpleader's objections are **OVERRULED**.

SIGNED on Galveston Island this 26th day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2