United States District Court
Southern District of Texas

**ENTERED**

October 31, 2023

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| WILLIAM TYRONE WILLIS, | § § § | |
| Plaintiff. | § § | |
| V. | § § | 3:23-cv-135 |
| GUILD MORTGAGE COMPANY, *et al.*, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

Pursuant to the court's order adopting the magistrate judge's memorandum

and recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The clerk will provide copies of this judgment to the

parties. Signed on Galveston Island this 31st day of

October, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE